STATE OF NEW JERSEY v. JULIUS CRESCENZI.

June 7, 1988.

Petition for certification denied. (See 224 *N.J.Super.* 142)

PATRICIA L. STARTZEL v. UNITED STATES FIDELITY & GUARANTY COMPANY.

June 7, 1988.

Petition for certification denied.

ANN DANIEL v. GEORGE JONES, SR. AND STATE OF NEW JERSEY, DEPARTMENT OF TRANSPORTATION.

June 7, 1988.

Petition for certification denied.

UNITED SECURITY SERVICE, INC. v. DAVID CRONHEIM MANAGEMENT CO., INC.

June 7, 1988.

Petition for certification denied.